**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA    :    No. 8 EM 2024

            v.                         :

TYRON DIXON TILDON                 :

PETITION OF: VICTOR RAUCH, ESQ.    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 14th day of May, 2024, in consideration of the "Petition to Withdraw as Counsel and Remand for a Hearing Pursuant to *Commonwealth v. Grazier*," this matter is REMANDED for the Court of Common Pleas of Philadelphia County to determine whether to permit counsel to withdraw, as well as any related questions, including whether to allow Tyron Dixon Tildon to proceed *pro se*.

       The Court of Common Pleas of Philadelphia County is DIRECTED to enter its order on remand within 90 days and to promptly inform this Court of its determination.

       Justice McCaffery did not participate in the consideration or decision of this matter.